UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER VLAHOS-SCHMIDT, | No. 2:14-cv-2628 DAD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner is presently incarcerated at the Custody to Community Transitional Reentry Program Facility located in San Diego County. She is serving a sentence for a judgment of conviction rendered in the Alameda County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case, petitioner is currently incarcerated in an area covered by the United States District Court for the Southern District of California. Petitioner's conviction occurred in an area covered by the United States District Court for the Northern District of

1 California.  In her petition filed with this court petitioner asserts claims for relief related to the
2 criminal proceedings in the Alameda County Superior Court.  The files and records relating to
3 those criminal proceedings, as well as potential witnesses, are therefore likely to be located within
4 the boundaries of the United States District Court for the Northern District of California.
5      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
6 transferred to the United States District Court for the Northern District of California.  Braden, 410
7 U.S. at 499 n.15; 28 U.S.C. § 2241(d).
8 Dated:  November 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vlah2628.108a

2